IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON


UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:14-00111

SCOTT E. ELLIS


MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

    Comes now the United States of America, by Meredith George
Thomas, Assistant United States Attorney for the Southern District
of West Virginia, and respectfully requests the Court to set a date,
time, and location for a guilty plea hearing to be held with regard
to the above-styled case.

                        Respectfully submitted,

                        R. BOOTH GOODWIN II
                        United States Attorney

            By:
                        /s/Meredith George Thomas
                        MEREDITH GEORGE THOMAS
                        Assistant United States Attorney
                        WV Bar No.10596
                        300 Virginia Street, East
                        Room 4000
                        Charleston, WV 25301
                        Telephone:  304-345-2200
                        Fax:  304-347-5104
                        Email:meredith.thomas@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 10th day of June, 2014, to:

> J. Timothy DiPiero
> DiTrapano Barrett & DiPiero
> 604 Virginia Street, East
> Charleston, West Virginia 5301-2184

<u>/s/Meredith George Thomas</u>
MEREDITH GEORGE THOMAS
Assistant United States Attorney
WV Bar No.10596
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email:meredith.thomas@usdoj.gov