# EXHIBIT A



November 11, 2014

**Via Email**

Mr. Ronald Barnette

Re: *United States v. Ronald Barnette* (S.D. W. Va. Case No. 2:14-cr-114)

Dear Ronnie:

As I informed you today, I have been engaged to represent Scott E. Ellis in his pending criminal case. You have indicated to me that you do not have any evidence or information that would be relevant to the prosecution or defense or Mr. Ellis, and Mr. Ellis has advised me of the same with respect to you. Accordingly, I do not believe that your interests and Mr. Ellis's interests are or will be in conflict. Thus, there is no actual conflict of interest between your cases. Nevertheless, I would like for you agree to waive any potential conflict in regard to Mr. Ellis. Your signature below will constitute a written waiver of any potential conflict. If you have any concerns about this waiver, you may want to consult with another lawyer to determine if this waiver is appropriate.

If you wish for me to continue to represent you and to waive any potential conflict, please sign below and return this to me promptly via fax or email. If you have any questions or would like to discuss, please let me know.

Sincerely,

Michael B. Hissam

MBH/md

Agreed to and Accepted by:

__Ronald Barnett__       __Nov. 12, 2014__
Ronald Barnette      Date